# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HERBERT TOMON POINTER**                                                   **PLAINTIFF**

**v.**                      **CASE NO. 2:21-CV-00042-BSM**

**SAVANNAH BEATRICE SCOTT**                                             **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 10] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE