IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HERBERT TOMON POINTER**  **PLAINTIFF**

v.  **CASE NO. 2:21-CV-00042-BSM**

**SAVANNAH BEATRICE SCOTT**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE